```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                Case No. 8:13-cr-453-T-33MAP

GERARDO MILIAN
_____/

**ORDER**

This matter is before the Court on Defendant Gerardo Milian's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (Doc. # 80), filed on May 18, 2016. For the reasons that follow, the Motion is denied.

**Discussion**

On September 17, 2013, a federal grand jury indicted Milian for conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a). (Doc. # 1). Pursuant to a plea agreement, Milian pled guilty to the charged offense on January 27, 2014. (Doc. ## 27, 34). The Court accepted Milian's guilty plea and sentenced him to 77 months in prison. (Doc. ## 38, 53). Milian now requests a recommendation from this Court that the Bureau of Prisons place Milian in a residential reentry center for the final 12 months of his sentence. (Doc. # 80).

The Bureau of Prisons is responsible for designating the place of a prisoner's confinement, 18 U.S.C. § 3621(b), and is

in the best position to determine if Milian is eligible for placement in a residential reentry center. For example, the Bureau is able to monitor Milian's conduct during his incarceration and to decide the best course of action with respect to Milian's reintegration into the community. The Bureau also has its own procedures and criteria for referring prisoners to residential reentry centers. Thus, the Court defers to the discretion of the Bureau of Prisons.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Milian's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (Doc. # 80) is **DENIED.**

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of July 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE